```
                    UNITED STATES BANKRUPTCY COURT
                    EASTERN DISTRICT OF MISSOURI
                         EASTERN DIVISION


IN RE:                           )   CASE NO: 07-44151-659
                                 )
CAROLYN B WILLIAMS               )
                                 )   CHAPTER 13
                                 )
                                 )
              DEBTOR(S)          )


              LIST OF UNCLAIMED FUNDS AND ENTITIES
                 WHICH ARE ENTITLED TO PAYMENT
```

COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011. THE FOLLOWING IS A LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS WHICH THEY ARE ENTITLED TO BE PAID FROM REMAINING PROPERTY OF THE ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION 347(A):

```
EZ PAYDAY LOANS OF MO LLC
11821 ADIE RD                         $              6.92

ST LOUIS MO
225666                   63043


                                /s/ John V. LaBarge, Jr.
                                ------------------------------------
DATE: October 29, 2010          JOHN V. LABARGE, JR.,
                                CHAPTER 13 TRUSTEE
                                P.O. Box 430908
                                St. Louis, MO 63143
XC -091                         (314) 781-8100   trust33@ch13stl.com
```